IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL PERRY, | No. C-09-00285 EDL |
|     Plaintiff, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| YANG MING MARINE TRANSPORT CORPORATION, | |
|     Defendant. | |

Following the April 28, 2009 Case Management Conference in this case, it is ordered that:

1. Plaintiff's deposition shall be completed no later than May 28, 2009.

2. A Further Case Management Conference is scheduled for June 30, 2009 at 10:00 a.m. A joint case management conference statement shall be filed no later than June 23, 2009. The joint case management conference statement should address, among other things, the parties' trial time estimate, a deadline to amend the pleadings or add parties and a proposed deadline to complete mediation.

**IT IS SO ORDERED.**

Dated: April 29, 2009

                                                     _____
                                                   ELIZABETH D. LAPORTE
                                                   United States Magistrate Judge