James B. Nebel (Bar No. 69626)
Jeanine Steele Tede (Bar No. 177731)
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 693-5566
Facsimile: (415) 693-0410
jamesb@fdw-law.com
jeaninet@fdw-law.com

Attorneys for Defendant
YANG MING MARINE TRANSPORT CORP.

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARL PERRY

Plaintiff,

vs.

YANG MING MARINE TRANSPORT CORPORATION

Defendant.

Case No.: 09-00285 EDL

**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO COMPLETE MEDIATION AND CONTINUING CASE MANAGEMENT CONFERENCE**

The parties to this action, plaintiff CARL PERRY, and defendant, YANG MING MARINE TRANSPORT CORPORATION, by and through their counsel of record, stipulate as follows and request the Court to enter an Order extending the time to complete private mediation in this matter and to continue the next scheduled Case Management Conference until the mediation has taken place. The request is made on the basis of the following:

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566

1. At the Case Management Conference that was held in this matter on June 30, 2009, the Court set a deadline for private mediation to be held by October 15, 2009. The Court also scheduled a Case Management Conference for October 27, 2009, at 3:00 p.m. The Court has not yet set dates for the close of discovery or trial.

2. The parties have been working cooperatively and diligently to prepare the case for resolution but have encountered several discovery issues that necessitate the request to extend the mediation deadline. These include the difficulties in obtaining depositions of foreign nationals who earn their living by going to sea. In addition, the plaintiff was just examined by a physician retained by the defense and it is expected that his report will be ready within the next three weeks. With that report, the parties will be in a position to mediate the case.

3. To that end, counsel for the parties have arranged for the services of Jerry Spolter to serve as the mediator in this case. Mr. Spolter, of JAMS, is highly experienced and respected in maritime personal injury cases such as this one and counsel for both parties have used his services in the past, with 100% success. Mr. Spolter has agreed to mediate this matter on December 9, 2009.

4. Under the circumstances, the parties also request that the next Case Management

////

////

////

////

////

////

////

////

////

////

////

Conference, currently set for October 27, 2009, be continued until a time after the scheduled mediation.

Dated: October 20, 2009

WELTIN LAW OFFICE, P.C.

By /s/
Philip R. Weltin
Attorneys for Plaintiff
CARL PERRY

Dated: October 20, 2009

FLYNN, DELICH & WISE LLP

By /s/
James B. Nebel
Attorneys for Defendant
YANG MING MARINE
TRANSPORT CORPORATION

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that the mediation deadline in this matter is extended through December 15, 2009, and the next Case Management Conference, is continued until December 22, 2009, at ~~3:00 p.m.~~ 10:00 a.m.
An updated joint case management conference statement shall be filed no later than December 15, 2009.

Dated: October 21, 2009

UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte