1  James B. Nebel (Bar No. 69626)
   Jeanine Steele Tede (Bar No. 177731)
2  FLYNN, DELICH & WISE LLP
   One California Street, Suite 350
3  San Francisco, California 94111
   Telephone: (415) 693-5566
4  Facsimile: (415) 693-0410
   jamesb@fdw-law.com
5  jeaninet@fdw-law.com

6  Attorneys for Defendant
   YANG MING MARINE TRANSPORT CORP.

7

8

9

10              IN THE UNITED STATES DISTRICT COURT

11           IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13

14

15  CARL PERRY                        )  Case No.:  09-00285 EDL
                                      )
16           Plaintiff,               )
                                      )
17      vs.                           )  **STIPULATION AND [~~PROPOSED~~]**
                                      )  **ORDER EXTENDING TIME TO**
18  YANG MING MARINE TRANSPORT        )  **COMPLETE MEDIATION AND**
    CORPORATION                       )  **CONTINUING CASE MANAGEMENT**
19                                    )  **CONFERENCE**
             Defendant.               )
20                                    )
                                      )
21                                    )
                                      )
22  _____  )

23

24       The parties to this action, plaintiff CARL PERRY, and defendant, YANG MING

25  MARINE TRANSPORT CORPORATION, by and through their counsel of record, stipulate as

26  follows and request the Court to enter an Order extending the time to complete private mediation

27  in this matter and to continue the next scheduled Case Management Conference until the

28  mediation has taken place.  The request is made on the basis of the following:

_____
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE MEDIATION AND
CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 09-00285 EDL
                                      1

1.      At the Case Management Conference that was held in this matter on June 30, 2009, the Court set a deadline for private mediation to be held by October 15, 2009.  The Court also scheduled a Case Management Conference for October 27, 2009, at 3:00 p.m.  The Court has not yet set dates for the close of discovery or trial.

2.      The parties have been working cooperatively and diligently to prepare the case for resolution but have encountered several discovery issues that necessitate the request to extend the mediation deadline.  These include the difficulties in obtaining depositions of foreign nationals who earn their living by going to sea.  In addition, the plaintiff was just examined by a physician retained by the defense and it is expected that his report will be ready within the next three weeks. With that report, the parties will be in a position to mediate the case.

3.      To that end, counsel for the parties have arranged for the services of Jerry Spolter to serve as the mediator in this case.  Mr. Spolter, of JAMS, is highly experienced and respected in maritime personal injury cases such as this one and counsel for both parties have used his services in the past, with 100% success.  Mr. Spolter has agreed to mediate this matter on December 9, 2009.

4.      Under the circumstances, the parties also request that the next Case Management

////
////
////
////
////
////
////
////
////
////
////

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE MEDIATION AND CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 09-00285 EDL

2

1    Conference, currently set for October 27, 2009, be continued until a time after the scheduled

2    mediation.

3

4    Dated: October 20, 2009          WELTIN LAW OFFICE, P.C.

5

6                           By    /s/

                                    Philip R. Weltin

7                                  Attorneys for Plaintiff

                                 CARL PERRY

8

9    Dated: October 20, 2009          FLYNN, DELICH & WISE LLP

10

11                          By    /s/

                                   James B. Nebel

12                                  Attorneys for Defendant

                                 YANG MING MARINE

13                                  TRANSPORT CORPORATION

14

15                            **[~~PROPOSED~~] ORDER**

16

17        Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that the mediation

18    deadline in this matter is extended through December 15, 2009, and the next Case Management

                                                               10:00 a.m.

19    Conference, is continued until December 22, 2009, at ~~3:00 p.m.~~

20    An updated joint case management conference statement shall be filed no later than December

      15, 2009.

21    Dated: October 21, 2009

22



23      UNITED STAT... JUDGE

24                              Judge Elizabeth D. Laporte

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE MEDIATION AND
CONTINUING CASE MANAGEMENT CONFERENCE
Case No. 09-00285 EDL

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566