James B. Nebel (Bar No. 69626)
Jeanine Steele Tede (Bar No. 177731)
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 693-5566
Facsimile: (415) 693-0410
jamesb@fdw-law.com
jeaninet@fdw-law.com

Attorneys for Defendant
YANG MING MARINE TRANSPORT CORP.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL PERRY<br><br>Plaintiff,<br><br>vs.<br><br>YANG MING MARINE TRANSPORT CORPORATION<br><br>Defendant. | Case No.: 09-00285 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |

This matter having been settled and the settlement funds having been paid, the parties to this action, plaintiff CARL PERRY, and defendant, YANG MING MARINE TRANSPORT CORPORATION, by and through their counsel of record, stipulate and request the Court to enter

////

////

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF THE ACTION WITH PREJUDICE
Case No. 09-00285 EDL

an Order dismissing the action with prejudice, each party to bear his or its own costs.

Dated: March 1, 2010        WELTIN, STREB & WELTIN LLP

By ___/s/_____
   Philip R. Weltin
   Attorneys for Plaintiff
   CARL PERRY

Dated: March 1, 2010        FLYNN, DELICH & WISE LLP

By _James B. Nebel_____
   James B. Nebel
   Attorneys for Defendant
   YANG MING MARINE
   TRANSPORT CORPORATION

### [PROPOSED] ORDER

Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that this action shall be dismissed with prejudice, each party to bear his or its own costs.

Dated: March 8, 2010

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF THE ACTION WITH PREJUDICE
Case No. 09-00285 EDL