James B. Nebel (Bar No. 69626)
Jeanine Steele Tede (Bar No. 177731)
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 693-5566
Facsimile: (415) 693-0410
jamesb@fdw-law.com
jeaninet@fdw-law.com

Attorneys for Defendant
YANG MING MARINE TRANSPORT CORP.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL PERRY<br><br>　　　　Plaintiff,<br><br>vs.<br><br>YANG MING MARINE TRANSPORT CORPORATION<br><br>　　　　Defendant. | Case No.: 09-00285 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |

This matter having been settled and the settlement funds having been paid, the parties to this action, plaintiff CARL PERRY, and defendant, YANG MING MARINE TRANSPORT CORPORATION, by and through their counsel of record, stipulate and request the Court to enter

////

////

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF THE ACTION WITH PREJUDICE
Case No. 09-00285 EDL

1

an Order dismissing the action with prejudice, each party to bear his or its own costs.

Dated: March 1, 2010         WELTIN, STREB & WELTIN LLP

                             By ____/s/_____
                                Philip R. Weltin
                                Attorneys for Plaintiff
                                CARL PERRY

Dated: March 1, 2010         FLYNN, DELICH & WISE LLP

                             By _____
                                James B. Nebel
                                Attorneys for Defendant
                                YANG MING MARINE
                                TRANSPORT CORPORATION

[PROPOSED] ORDER

Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that this action shall be dismissed with prejudice, each party to bear his or its own costs.

Dated: March 8, 2010

                             _____
                             UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF THE ACTION WITH PREJUDICE
Case No. 09-00285 EDL

2